# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

**Tammy Barnes – aka Sneed**
[You are the PLAINTIFF, print your full name on this line.]

v.

**State of Indiana Lake County**
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number **2:21 CV 239**
[For a new case in this court, leave blank. The court will assign a case number.]

FILED AUG 03 2021
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] **Department of Motor Vehicle** | 7431 Indianapolis Blvd Hammond In 46204 |
| 2 | [Put the names of any other defendants in these boxes.] **State Police Indiana** | 100 N Senate ave Indianapolis In 46204 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **2**
2. What is your address? **778 Buffalo ave Calumet City IL 60409**

3. What is your telephone number: **(219) 318-0170**

4. Have you ever sued anyone for these exact same claims?
   - ☒ No.
   - ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. This complaint is Being Prepared to Inform the State of Indiana of Prior incidents of a rape that Occured on Indiana's toll way at a Cline exit going to Illinois, The Young woman Tammy Barnes was raped because of her Attorney Samuel Adams Jr whom began working against her by using adult men whom were said to be her age that Statutorily raped the Young woman and later began having violent Corruption activities take place against her, which today lead to the men reporting her to have mental illness and because she is a Genus, Sam Adams, began Using her resources to start business venues in which he has given monies of hers to people whom began using her name and identity along with using her children names and identity to start passing her monies to open up businesses and to write, publish, any and all Materials that they could take from Tammy Barnes - Bush Sneed. She is now being harrassed and threatend by these people that her and her children are missing, or ded and the police has never made any reports of the incidents These allegations were made to make others not listen to Complaints that were being given by Tammy Sneed
                                                                                                  ( over )

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

But because police and other witnesses have made the same reports as being true that are being reported by Tammy Bush-Sneed the allegations will show In Court to being truthfully made under Document Oath.

*Tammy Bush-Sneed*

Claims and Facts (continued)

Police reports given under the tort Act and witnesses including records that show what she reported to be statements of truth

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
○ No.
○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

FILING FEE – Are you paying the filing fee?
○ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]
X  I will keep a copy of this complaint for my records.
___ I will promptly notify the court of any change of address.
___ I declare **under penalty of perjury** that the statements in this complaint are true.

_____        8/3/2021
Signature                              Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]