# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TAMMY BARNES
*also known as*
Sneed

      Plaintiff

  v.

                                  **Civil Action No. 2:21-cv-239**

DEPARTMENT OF MOTOR VEHICLE;
STATE POLICE INDIANA; and
INDIANA STATE OF LAKE COUNTY

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Philip P. Simon.

DATE: 8/6/2021                      GARY T. BELL, CLERK OF COURT

                                                        by   s/ B. Scheumann
                                                        *Signature of Clerk or Deputy Clerk*